1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEOPLES BANK,<br><br>      Plaintiff,<br><br>  v.<br><br>S/Y TEMPO, Official Number 1271877 in rem; and LUDWIG VOLLERS III, in personam | IN ADMIRALTY<br><br>CASE NO. 22-1151<br><br>ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST OF VESSEL |

WHEREAS, upon review of Plaintiff's Verified Complaint requesting issuance of a Warrant of Arrest in rem, and the Court finding that the conditions set forth in Supplemental Admiralty Rule C for issuance of a warrant for arrest against the S/Y TEMPO, Official Number 1271877, and its appurtenances ("Vessel") appear to exist, now, therefore, it is hereby:

ORDERED, that the Clerk shall issue a warrant for arrest of the Vessel, which arrest shall take place as soon as is reasonably practicable for the U.S. Marshal to effect the arrest at Tacoma, Washington, as prayed for in the Verified Complaint; that the Warrant for Arrest shall authorize the U.S. Marshal to use reasonable, necessary force to enforce the Warrant for Arrest,

1 including the entry into facilities and areas necessary to obtain access to Vessel and its
2 appurtenances; and it is further

3     ORDERED that a copy of the Verified Complaint, Order Authorizing Issuance of a
4 Warrant for Arrest of Vessel, and Warrant for Arrest of Vessel be served upon the Vessel; and it
5 is further

6     ORDERED that any person claiming an interest in the property seized pursuant to said
7 Warrant of Arrest shall, upon application to the Court, be entitled to a prompt hearing at which
8 Plaintiff shall be required to show why the arrest should not be vacated or other relief granted.

9     The clerk is ordered to provide copies of this order to all counsel.

10     Dated August 24, 2022.

                                              Marsha J. Pechman
                                              United States Senior District Judge