UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEOPLES BANK, <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>S/Y TEMPO et al., <br><br>　　　　　　Defendant. | CASE NO. 22-cv-1151 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Plaintiff filed a Motion for Default against Defendant Ludwig P Vollers III (Dkt. No. 18), which was granted on September 30, 2022 (Dkt. No. 20). The Parties were ordered to submit a Joint Status Report by October 31, 2022. (Dkt. No. 16.) The deadline for that has passed and Defendant has yet to appear. Plaintiff must file a Motion for Default Judgment within ten days of this order. If no motion or JSR is filed by that time, the Court may dismiss the action without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed November 16, 2022.

                                          Ravi Subramanian
                                          Clerk of Court

                                          s/Serge Bodnarchuk
                                          Deputy Clerk

MINUTE ORDER - 2